■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT J. KOUSCH, JR., Appellant.— Donald M. Palmer, Esq., of Watertown assigned as attorney to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT F. ECKERT, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND CLINE, Appellant.— Motion granted to appeal on original papers, five type-written briefs; Philip O'Donnell, Esq. of Herkimer, New York assigned as counsel to conduct appeal and time for argument of appeal enlarged to include January 1960 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUDOLPH ARMSTRONG, Appellant.— Motion granted to appeal on one certified copy of judgment roll, etc.; James S. Hurley, Esq., of Newark assigned as attorney to conduct appeal, and time for argument of appeal enlarged to include January 1960 Term of court. Memorandum: We treat the action of the District Attorney in filing a copy of the notice of appeal in the County Clerk's office as sufficient compliance with section 524-a of the Code of Criminal Procedure and, in the exercise of discretion, hold that the appeal was timely.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. DENNIS P. O'DOWD, Defendant.— Motion granted to vacate stay in show cause order dated November 21, 1959 and continued to January 19, 1960; appellant's motion for a stay granted on condition record and appellant's brief are filed and served on or before December 30, 1959 and case set down for argument during first week of January 1960 Term.

■ MARY E. LLOYD, Respondent, v. WILLARD J. LLOYD, Appellant.— Motion granted to the extent of staying the last ordering paragraph of the order appealed from dated December 16, 1959, on condition appellant's records and briefs are filed and served on or before December 30, 1959, and case set down for argument during first week of January 1960 Term, and otherwise motion denied.